UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
CHRISTOPHER SPENCE                                          :
                                                            :
                Plaintiff,                                  :
                                                            :   07 CV 5611 (JSR)
                                                            :
                v.                                          :
                                                            :
CODEMSTERS INC. and                                         :
CODEMASTERS USA GROUP, INC.,                                :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------x

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action without prejudice.

Dated: August 31, 2007

_____
Oren S. Giskan (OG-3667)
GISKAN SOLOTAROFF &
 ANDERSON LLP
11 Broadway Suite 2150
New York NY 10004
Tel. (212) 847-8315
Fax. (646) 520-3237

Scott Kamber
KAMBER & ASSOCIATES
11 Broadway
22nd Floor
New York, NY 10004
Tel: (212) 920-3072
Fax: (212) 202-6364