UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHRISTOPHER SPENCE

                Plaintiff,

                                         07 CV 5611 (JSR)

                v.

CODEMSTERS INC. and
CODEMASTERS USA GROUP, INC.,

                Defendants.
-----------------------------------------------------------x

## NOTICE OF DISMISSAL

        Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action without prejudice.

Dated: August 31, 2007

_____
Oren S. Giskan (OG-3667)
GISKAN SOLOTAROFF &
 ANDERSON LLP
11 Broadway Suite 2150
New York NY 10004
Tel. (212) 847-8315
Fax. (646) 520-3237

Scott Kamber
KAMBER & ASSOCIATES
11 Broadway
22nd Floor
New York, NY 10004
Tel: (212) 920-3072
Fax: (212) 202-6364

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-4-07

SO ORDERED

_____
USDJ
9-4-07